UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00171 |
| | ) | JUDGE CAMPBELL |
| DAVID CLAY LYLES, JR., | ) | |
| DEVIN LEVERETT, SR., and | ) | |
| SYLVESTER KNIGHT, JR. | ) | |

## ORDER

Pending before the Court is the United States' Motion to Supplement the Record for Purposes of Appeal (Docket No. 201). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE